No. 89–5138.  MOORE v. BROWN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–5139.  TELEPO v. SCHEIDEMENTEL, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5140.  OLSON v. MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 89–5141.  GILMORE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–5142.  ATWOOD v. LAWSON.  Sup. Ct. Ohio.  Certiorari denied.

No. 89–5143.  TOMPKINS v. UNIVERSITY OF SOUTH ALABAMA ROTC, MILITARY SCIENCE DEPARTMENT, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5144.  BERKERY v. INTERNAL REVENUE SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 89–5145.  JONES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–5147.  HAYWOOD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–5149.  DIAZ-VILLAFANE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 89–5150.  JAMES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5152.  DESS v. MCCORMICK, WARDEN.  Sup. Ct. Mont.  Certiorari denied.

No. 89–5153.  ISAAK v. UNITED STATES; and
No. 89–5170.  TARVER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 876 F. 2d 899.

No. 89–5154.  LUCAS v. BUTLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 89–5157.  WASHINGTON v. MARTIN ET AL.  C. A. 10th Cir.  Certiorari denied.